**Appeal Dismissed and Memorandum Opinion filed February 22, 2024.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-23-00908-CV

---

### JOE G. KAPELEULA, Appellant

### V.

### FROST BANK, Appellee

---

### On Appeal from the 125th District Court
### Harris County, Texas
### Trial Court Cause No. 2022-35670

---

### MEMORANDUM OPINION

This appeal is from a final judgment signed October 30, 2023. The court reporter indicated on December 5, 2023 that there was not a reporter's record. The clerk's record was filed December 28, 2023. No brief was filed.

On January 30, 2024, we issued a notice stating that unless appellant filed a brief on or before February 9, 2024, the appeal was subject to dismissal without further notice for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no brief or other response. We dismiss the appeal.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Zimmerer and Wilson.